**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1549**

EVELYN R. SINKLER,

Plaintiff – Appellant,

v.

CONSECO LIFE INSURANCE COMPANY,

Defendant – Appellee,

and

CNO FINANCIAL GROUP, INC.,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Senior District Judge.  (1:12-cv-00642-CMH-JFA)

Submitted:  June 10, 2013            Decided:  June 14, 2013

Before GREGORY and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Evelyn R. Sinkler, Appellant Pro Se.   David Drake Hudgins, HUDGINS LAW FIRM, Alexandria, Virginia; Andrea Rose Simmons, S.K. HUFFER & ASSOCIATES, PC, Carmel, Indiana, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evelyn R. Sinkler appeals the district court's order granting summary judgment in favor of the Appellee on Sinkler's claims regarding a disability income rider to her life insurance policy. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sinkler v. Conseco Life Ins. Co., No. 1:12-cv-00642-CMH-JFA (E.D. Va. Apr. 12, 2013). We also deny as moot the Appellee's motion to dismiss the appeal as prematurely filed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED